**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**JAMES DAVID THUNDER,**

**Plaintiff,**

**v.** **Case No. 26-CV-1391**

**CITY OF SHAWANO,**

**Defendant.**

---

## ORDER FOR UPDATED ADDRESS

---

Plaintiff James David Thunder, who was housed at Dodge Correctional Institution, is representing himself in this 42 U.S.C. § 1983 case. On August 31, 2026, a letter from the Clerk of Court was returned to the Court as undeliverable. The Wisconsin Department of Corrections online inmate locator confirms that Plaintiff is no longer at the institution and has been transferred to a supervised living facility.

The Court and Defendant will communicate with Plaintiff through the mail, so the Court must have Plaintiff's current contact information. Based upon the foregoing, the Court will allow Plaintiff until **September 22, 2026**, to provide a mailing address or explain why he is unable to do so. If Plaintiff does not update the Court of his whereabouts by the deadline, it will dismiss this case without prejudice based on his failure to diligently prosecute it. Obviously, the Court cannot mail this decision to Plaintiff, but his failure to provide current contact information does not relieve him of his obligation to monitor the Court's docket and comply with the Court's orders. *See Harris v. Emanuele*, 826 F. App'x 567, 569 (7th Cir. 2020).

**SO ORDERED** at Green Bay, Wisconsin this 1st day of September, 2026.

William C. Griesbach
United States District Judge