UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**JAMES DAVID THUNDER,**

**Plaintiff,**

**v.** **Case No. 26-C-1391**

**CITY OF SHAWANO,**

**Defendant.**

---

# ORDER

---

On August 13, 2026, Plaintiff James David Thunder, who is a prisoner confined at Wisconsin Resource Center, filed a 42 U.S.C. § 1983 case. Along with his complaint, he filed a motion for leave to proceed without prepaying the filing fee (*in forma pauperis*). On November 5, 2026, Plaintiff filed a notice of voluntary dismissal. Although Plaintiff voluntarily dismissed his case, 28 U.S.C. § 1915(b)(1) requires any prisoner who brings a civil action *in forma pauperis* to pay the $350 statutory filing fee.

**IT IS THEREFORE ORDERED** that the agency having custody of Plaintiff shall collect from his institution trust account the $350 statutory filing fee by collecting monthly payments from Plaintiff's prison trust account in an amount equal to 20% of the preceding month's income credited to the prisoner's trust account and forwarding payments to the Clerk of Court each time the amount in the account exceeds $10 in accordance with 28 U.S.C. § 1915(b)(2). The payments shall be clearly identified by the case name and number assigned to this action. If Plaintiff is transferred to another institution, the transferring institution shall forward a copy of this Order along with Plaintiff's remaining balance to the receiving institution.

**IT IS FURTHER ORDERED** that copies of this order be sent to the officer in charge of the agency where Plaintiff is located.

Dated at Green Bay, Wisconsin this 6th day of November, 2026.

William C. Griesbach
United States District Judge